IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Valdez,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.P.Morgan Chase Bank, N.A.,<br><br>　　　　Defendant. | Case No. 2:20-cv-02033-KJM-JDP<br><br>**SECOND STIPULATION BETWEEN JPMORGAN CHASE BANK, N.A. AND MARY VALDEZ TO EXTEND CHASE'S TIME TO RESPOND TO THE COMPLAINT AND ORDER**<br><br>NEW RESPONSE DATE: January 11, 2021 |

DAVIS WRIGHT TREMAINE LLP

Plaintiff Mary Valdez filed this action on October 12, 2020. Ms. Valdez served Defendant JPMorgan Chase Bank, N.A. on October 13, 2020, making Chase's response due on November 3, 2020. Based upon the allegations in the Complaint, Chase requested and Ms. Valdez initially granted Chase until December 1, 2020 to investigate the claims, evaluate early settlement, and determine its response to the Complaint. The parties have preliminarily discussed settlement and believe that they may be able to reach resolution without further filings and Court proceedings if Chase has additional time to answer.

The parties stipulate under Local Rule 144, with the Court's approval, that Chase's time to respond to the Complaint is extended 41 days to January 11, 2021. This is the second extension Ms. Valdez has granted to Chase. The extension will not affect any other date in the case.

IT IS SO STIPULATED.

DATED: November 23, 2020

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Joseph E. Addiego III*
Joseph E. Addiego III
Frederick A. Haist
Attorneys for JPMorgan Chase Bank, N.A.

DATED: November 23, 2020

MARTIN & BONTRAGER, APC

By: */s/ G. Thomas Martin, III*
G. Thomas Martin, III
Nicholas J. Bontrager
Attorneys for Mary Valdez

**ORDER**

IT IS SO ORDERED.

DATED: November 30, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE