Joseph E. Addiego III (CA SBN 169522)
Frederick A. Haist (CA SBN 211322)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:  (415) 276-6500
Facsimile:   (415) 276-6599
Email:          joeaddiego@dwt.com
                    frederickhaist@dwt.com

Attorneys for JPMorgan Chase Bank, N.A.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Mary Valdez, | Case No. 2:20-cv-02033-KJM-JDP |
|---|---|
| Plaintiff, | **THIRD STIPULATION BETWEEN JPMORGAN CHASE BANK, N.A. AND MARY VALDEZ TO EXTEND CHASE'S TIME TO RESPOND TO THE COMPLAINT AND ORDER** |
| v. | |
| J.P.Morgan Chase Bank, N.A., | |
| Defendant. | NEW RESPONSE DATE: February 12, 2021 |

Plaintiff Mary Valdez filed this action on October 12, 2020. Ms. Valdez served Defendant JPMorgan Chase Bank, N.A. on October 13, 2020, making Chase's response originally due on November 3, 2020. Based upon the allegations in the Complaint, Chase requested and Ms. Valdez initially granted Chase until December 1, 2020 to investigate the claims, evaluate early settlement, and determine its response to the Complaint, and granted another extension to January 11, 2021. The parties have preliminarily discussed settlement and believe that they may be able to reach resolution without further filings and Court proceedings if Chase has additional time to respond to the Complaint.

The parties stipulate under Local Rule 144, with the Court's approval, that Chase's time to respond to the Complaint is extended 32 days to February 12, 2021. This is the third extension Ms. Valdez has granted to Chase. The extension will not affect any other date in the case.

IT IS SO STIPULATED.

DATED: January 5, 2021

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP

By: */s/ Joseph E. Addiego III*
Joseph E. Addiego III
Frederick A. Haist
Attorneys for JPMorgan Chase Bank, N.A.

DATED: January 5, 2021

MARTIN & BONTRAGER, APC

By: */s/ G. Thomas Martin, III*
G. Thomas Martin, III
Nicholas J. Bontrager
Attorneys for Mary Valdez

## ORDER

IT IS SO ORDERED.

DATED: January 6, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE

THIRD STIPULATION TO EXTEND TIME TO RESPOND
Case No. 2:20-CV-02033-KJM-DJP

1