Joseph E. Addiego III (CA SBN 169522)
Frederick A. Haist (CA SBN 211322)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com
frederickhaist@dwt.com

Attorneys for JPMorgan Chase Bank, N.A.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Valdez,<br><br>    Plaintiff,<br><br>    v.<br><br>J.P.Morgan Chase Bank, N.A.,<br><br>    Defendant. | Case No. 2:20-cv-02033-KJM-JDP<br><br>**FOURTH STIPULATION BETWEEN JPMORGAN CHASE BANK, N.A. AND MARY VALDEZ TO EXTEND CHASE'S TIME TO RESPOND TO THE COMPLAINT AND ORDER**<br><br>NEW RESPONSE DATE: March 19, 2021 |

DAVIS WRIGHT TREMAINE LLP

Plaintiff Mary Valdez filed this action on October 12, 2020.  Ms. Valdez served Defendant JPMorgan Chase Bank, N.A. on October 13, 2020, making Chase's response originally due on November 3, 2020.  Based upon the allegations in the Complaint, Chase requested and Ms. Valdez initially granted Chase until December 1, 2020 to investigate the claims, evaluate early settlement, and determine its response to the Complaint, and granted another extension to January 11, 2021 and again to February 12, 2021.

The parties have discussed settlement and believe that they are close to reaching a resolution that would eliminate the need for further filings and Court proceedings if Chase has additional time to respond to the Complaint.

The parties stipulate under Local Rule 144, with the Court's approval, that Chase's time to respond to the Complaint is extended 35 days to March 19, 2021.  This is the fourth extension Ms. Valdez has granted to Chase.  The extension will not affect any other date in the case, assuming the Court grants the parties' stipulated request to continue the current February 25, 2021 Status Conference and all related Rule 16 and 26 deadlines. That stipulation will be filed concurrently with the instant stipulation.  In any event, the parties can conduct the Rule 26 conference and draft and file the Status Report even if the court does not grant the other stipulation and even if Chase has not answered.

IT IS SO STIPULATED.

DATED: February 5, 2021

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP

By: */s/ Joseph E. Addiego III*
    Joseph E. Addiego III
    Frederick A. Haist
Attorneys for JPMorgan Chase Bank, N.A.

DATED: February 5, 2021

MARTIN & BONTRAGER, APC

By: */s/ G. Thomas Martin, III*
    G. Thomas Martin, III
    Nicholas J. Bontrager
Attorneys for Mary Valdez

## **ORDER**

Defendant's time to respond to the Complaint is extended 35 days to March 19, 2021. This order resolves ECF No. 11.

IT IS SO ORDERED.

DATED: February 5, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE