1  Joseph E. Addiego III (CA SBN 169522)
   Frederick A. Haist (CA SBN 211322)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California  94111
   Telephone:  (415) 276-6500
4  Facsimile:   (415) 276-6599
   Email:        joeaddiego@dwt.com
5                frederickhaist@dwt.com

6  Attorneys for JPMorgan Chase Bank, N.A.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Valdez,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.P.Morgan Chase Bank, N.A.,<br><br>　　　　Defendant. | Case No. 2:20-cv-02033-KJM-JDP<br><br>**STIPULATION BETWEEN JPMORGAN CHASE BANK, N.A. AND MARY VALDEZ TO CONTINUE THE STATUS CONFERENCE AND RELATED DEADLINES AND ORDER** |

DAVIS WRIGHT TREMAINE LLP

1   Plaintiff Mary Valdez filed this action on October 12, 2020. The Court set a
2 Status Conference hearing for February 25, 2021 at 2:30 p.m., making the Federal
3 Rule of Civil Procedure 26 conference deadline February 4, 2021, and a Joint
4 Status Report due on February 11, 2021.

5   The parties have discussed settlement and believe that they are close to
6 reaching a resolution that would eliminate the need for further filings and Court
7 proceedings if the Court continues the February 25, 2021 Status Conference to
8 April 8, 2021 (making the Rule 26 conference deadline March 18, 2021, and the
9 Status Report due on March 25, 2021) or to another date thereafter that is
10 convenient for the Court.

11   The parties stipulate and request, under Local Rule 144, with the Court's
12 approval, that the Court continue the February 25, 2021 Status Conference to April
13 8, 2021, or to another date thereafter that is convenient for the Court, with the
14 corresponding Rule 16 and 26 deadlines based upon the continued date.

15   IT IS SO STIPULATED.

16 DATED: February 5, 2021          Respectfully submitted,
17                                  DAVIS WRIGHT TREMAINE LLP

18                                  By: */s/ Joseph E. Addiego III*
19                                      Joseph E. Addiego III
                                        Frederick A. Haist
20                                  Attorneys for JPMorgan Chase Bank,
21                                  N.A.

22 DATED: February 5, 2021          MARTIN & BONTRAGER, APC

23                                  By: */s/ G. Thomas Martin, III*
24                                      G. Thomas Martin, III
                                        Nicholas J. Bontrager
25                                  Attorneys for Mary Valdez

## **ORDER**

IT IS SO ORDERED. The Court continues the Status Conference from February 25, 2021 to April 8, 2021and a Joint Status Report due no less than fourteen (14) days prior to the Status Conference.

This order resolves ECF No. 12.

DATED: February 5, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE