Joseph E. Addiego III (CA SBN 169522)
Frederick A. Haist (CA SBN 211322)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com
frederickhaist@dwt.com

Attorneys for JPMorgan Chase Bank, N.A.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Valdez,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.P.Morgan Chase Bank, N.A.,<br><br>　　　　Defendant. | Case No. 2:20-cv-02033-KJM-JDP<br><br>**FIFTH STIPULATION BETWEEN J.P. MORGAN CHASE BANK, N.A. AND MARY VALDEZ TO EXTEND CHASE'S TIME TO RESPOND TO THE COMPLAINT AND ORDER** |

Plaintiff Mary Valdez filed this action on October 12, 2020.  Ms. Valdez served Defendant JPMorgan Chase Bank, N.A. on October 13, 2020, making Chase's response originally due on November 3, 2020.  Based upon the allegations in the Complaint, Chase requested and Ms. Valdez initially granted Chase until December 1, 2020 to investigate the claims, evaluate early settlement, and determine its response to the Complaint, and granted another extension to January 11, 2021, February 12, 2021 and again to March 19, 2021.

The parties have tentatively reached a settlement in the case that would eliminate the need for further filings and Court proceedings if Chase has additional time to respond to the Complaint.  The parties are negotiating the language in a settlement agreement and hope to have that finalized in the next few weeks.

The parties stipulate under Local Rule 144, with the Court's approval, that Chase's time to respond to the Complaint is extended 31 days to April 19, 2021.  This is the fifth extension Ms. Valdez has granted to Chase.  The extension will not affect any other date in the case, because the Court continued the Scheduling Conference to April 8, 2021.

IT IS SO STIPULATED.

DATED: March 16, 2021

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP

By: */s/ Joseph E. Addiego III*
    Joseph E. Addiego III
    Frederick A. Haist
Attorneys for JPMorgan Chase Bank, N.A.

DATED: March 16, 2021                               MARTIN & BONTRAGER, APC

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Nicholas J. Bontrager
Attorneys for Mary Valdez

**ORDER**

Pursuant to the parties' representations, the court grants another extension for defendant Chase Bank to respond to plaintiff's complaint. The new deadline is April 19, 2021. Accordingly, the Initial Scheduling Conference scheduled for April 8, 2021 is reset to May 20, 2021 at 2:30 p.m. and a Joint Status Report is to be filed with the court no less than fourteen (14) days prior to the Status Conference.

This order resolves ECF No. 15.

IT IS SO ORDERED.

DATED: March 18, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE