Joseph E. Addiego III (CA SBN 169522)
Frederick A. Haist (CA SBN 211322)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com
frederickhaist@dwt.com

Attorneys for JPMorgan Chase Bank, N.A.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Valdez,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.P.Morgan Chase Bank, N.A.,<br><br>　　　　Defendant. | Case No. 2:20-cv-02033-KJM-JDP<br><br>**SIXTH STIPULATION BETWEEN JPMORGAN CHASE BANK, N.A. AND MARY VALDEZ TO EXTEND CHASE'S TIME TO RESPOND TO THE COMPLAINT AND ORDER**<br><br>NEW RESPONSE DATE: May 21, 2021 |

1    Plaintiff Mary Valdez filed this action on October 12, 2020.  Ms. Valdez served Defendant JPMorgan Chase Bank, N.A. on October 13, 2020, making Chase's response originally due on November 3, 2020.  Based upon the allegations in the Complaint, Chase requested and Ms. Valdez initially granted Chase until December 1, 2020 to investigate the claims, evaluate early settlement, and determine its response to the Complaint, and granted another extension to January 11, 2021, February 12, 2021, March 19, 2021 and again to April 19, 2021.

   The parties have tentatively reached a settlement in the case that would eliminate the need for further filings and Court proceedings if Chase has additional time to respond to the Complaint.  The parties are negotiating the language in a settlement agreement and working through Plaintiff's questions and hope to have that finalized soon.

   The parties stipulate under Local Rule 144, with the Court's approval, that Chase's time to respond to the Complaint is extended 32 days to May 21, 2021.  This is the sixth extension Ms. Valdez has granted to Chase.  The extension will not affect any other date in the case, because the Court continued the Scheduling Conference to May 20, 2021.

   IT IS SO STIPULATED.

DATED:  April 16, 2021                Respectfully submitted,
                                      DAVIS WRIGHT TREMAINE LLP

                                      By: */s/  Joseph E. Addiego III*
                                          Joseph E. Addiego III
                                          Frederick A. Haist
                                      Attorneys for JPMorgan Chase Bank, N.A.

DATED: April 16, 2021                      MARTIN & BONTRAGER, APC

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Nicholas J. Bontrager
Attorneys for Mary Valdez

## **ORDER**

The stipulated request to extend time is granted. Chase's time to respond to the Complaint is extended to May 21, 2021. This is the sixth extension of time. The court does not anticipate granting any further extensions absent a detailed showing of good cause.

    IT IS SO ORDERED.

DATED: April 19, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE